

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00182-CV

---

Doris Harrison, Appellant

v.

Sara Kelly, Appellee

---

On Appeal from the County Court at Law No 1
Bell County, Texas
Trial Court No. 26CCV00189

---

## MEMORANDUM OPINION[1]

Appellant's brief was originally due on June 5, 2026. *See* Tex. R. App. P. 38.6(a). On

July 8, 2026, the Clerk of this Court notified Appellant that her brief was late and that, unless she

---

[1] This case was transferred pursuant to the Texas Supreme Court's docket equalization efforts. Tex. Gov't Code § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

filed an adequate response to the notice by July 18, 2026, we might dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a) (authorizing dismissal of an appeal for failure to timely file a brief). Appellant did not file a brief or adequately respond to the notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

GINA M. PALAFOX, Justice

July 29, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.